JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LUCIANO DA CRUZ MONTEIRO,

       Petitioner,

   v.

JAMES JANECKA, WARDEN,
ADELANTO ICE PROCESSING
CENTER, ET AL.,

       Respondents.

Case No. 5:26-cv-02856-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall either provide Petitioner Luciano Da Cruz Monteiro (A# 246-058-801)[1] an individualized bond hearing before a neutral Immigration Judge within seven (7) days or release Petitioner if such hearing is not timely provided. At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably

---

[1] Petitioner is identified in the Department of Homeland Security's ("DHS") database as Luciano Da Cruz Montenegro.  (Dkt. 8-1 at 1.)

assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents must provide adequate notice to Petitioner and his counsel so that counsel can be present and prepared for the bond hearing. If Petitioner or his counsel would like more time to prepare before the bond hearing occurs, Respondents shall permit the extra time and may provide the bond hearing after the 7-day deadline if the delay is at the request of Petitioner or his counsel. Respondents shall file a notice of compliance no later than **three days after the bond hearing occurs**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   June 8, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2